**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JODY WANG-HOM,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH FINANCIAL SYSTEMS, INC.; and ENHANCED RECOVERY COMPANY, LLC.,**<br><br>Defendants. | **Case No.:** 2:16-CV-4118-DMG-JEM<br><br>**JOINT MOTION REQUESTING DISMISSAL OF ENHANCED RECOVERY COMPANY, LLC.** |

**TO THE COURT:**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, JODY WANG-HOM, ("Plaintiff") and Defendant, ENHANCED RECOVERY COMPANY, LLC. ("ERC" collectively as the "Parties") herein stipulate to the dismissal of all claims against ERC *with prejudice* with each party bearing their respective attorney's fees and costs.

Dated: October 6, 2016                    Respectfully submitted,

                                          **SINNETT LAW, APC.**

                                          BY: /S/ WAYNE A. SINNETT
                                          WAYNE A. SINNETT, ESQ.
                                          ATTORNEY FOR PLAINTIFF

Dated: October 6, 2016                    Respectfully submitted,

                                          **SIMMONDS & NARITA, LLP.**

                                          BY: /S/ R. TRAVIS CAMPBELL
                                          R. TRAVIS CAMPBELL, ESQ.
                                          ATTORNEY FOR DEFENDANT,
                                          ENHANCED RECOVERY SYSTEMS, INC.

## SIGNATURE CERTIFICATION

I, Wayne A. Sinnett, am the ECF user whose identification and password are being used to file this stipulation. I hereby certify that the contents of this document are acceptable to the above named signatories, and that I have obtained said signatories authorization to affix their electronic signature to this document and they concur in this filing.

Dated: October 6, 2016          Respectfully submitted,

**SINNETT LAW, APC.**

BY: /S/ WAYNE A. SINNETT
WAYNE A. SINNETT, ESQ.
ATTORNEY FOR PLAINTIFF