**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JODY WANG-HOM,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH FINANCIAL SYSTEMS, INC.; ENHANCED RECOVERY COMPANY, LLC.; and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.:** 2:16-CV-4118-DMG-JEM<br><br><br>**NOTICE OF SETTLEMENT AS TO COMMONWEALTH FINANCIAL SYSTEMS, INC. ONLY** |

**TO THE COURT:**

Plaintiff hereby submits this Notice of Settlement to notify the Court that the above captioned action has been settled with respect to COMMONWEALTH FINANCIAL SYSTEMS, INC. ("COMMONWEALTH") and only COMMONWEALTH. The parties will file a Request for Dismissal pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii) within 30 days of this Notice.

Dated: November 21, 2016                    Respectfully submitted,

                                            **SINNETT LAW, APC.**

                                            BY: /s/ WAYNE A. SINNETT
                                            WAYNE A. SINNETT, ESQ.
                                            ATTORNEY FOR PLAINTIFF