**SINNETT LAW, APC.**
Wayne A. Sinnett (SBN: 302987)
ws@sinlegal.com
444 West C Street, Suite 230
San Diego, CA 92101
Tel: (619) 752-0703
Fax: (619) 330-2120

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JODY WANG-HOM,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**COMMONWEALTH FINANCIAL SYSTEMS, INC.; ENHANCED RECOVERY COMPANY, LLC.; and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | **Case No.:** 2:16-CV-4118-DMG-JEM<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

**TO THE COURT:**

Plaintiff, JODY WANG-HOM, hereby submits this Notice of Settlement to notify the Court that the above captioned action has been settled in its entirety. Plaintiff anticipates filing a Notice of Dismissal pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) within thirty (30) days of this Notice.

**Plaintiff respectfully requests the Court vacate all pending dates and hearings for this case.**

Dated: November 30, 2016          Respectfully submitted,

                                           **SINNETT LAW, APC.**

                                           BY: /s/ WAYNE A. SINNETT
                                           WAYNE A. SINNETT, ESQ.
                                           ATTORNEY FOR PLAINTIFF